FILED
NOV 1 2 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| vs. | ) | |
| | ) | |
| EDWARD L. MONTGOMERY, | ) | 4:26-CR-00547 MAL/NCC |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Joseph L. Green, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. The defendant is charged with Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1), an offense for which a maximum 15-year imprisonment is prescribed under Title 18.

2. According to Ferguson Police Department, on May 27, 2026, the police responded to an "Unlawful Use of a Weapon" made by the Defendant's cousin/victim, J.W.. The victim told the police Defendant wanted her boyfriend removed from their residence. Defendant became angry and pointed a gun at her and said the only reason he would not shoot her was because her child was nearby.

3. The Defendant was on supervised release at the time of this offense in Cause Number 4:19CR00970-1.

4. Subsequently, on June 8, 2026, the Defendant threatened his ex-girlfriend, B.J., with a gun. Defendant also attempted to forcibly enter B.J.'s residence and did significant property damage to her home and her car. The attempted force entry and property damage was recorded by a security camera. The security footage shows Defendant carrying a pink and silver gun.

5. On June 12, 2026, police conduct a traffic stop of Defendant and seize from his vehicle a pink and silver 9mm pistol loaded with 13 live rounds.

6. The Defendant's criminal history and the violent nature and circumstances of the offense charged, reflects that there is a serious danger to the community that would be posed by the defendant's release.

7. Due to the weight of the evidence against Defendant and Defendant's history and characteristics, including that Defendant was on probation at the time of the offense for a charge that constitutes a crime of violence and that he resisted arrest, there is a serious risk that the Defendant will flee.

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and the safety of any other person and the community and the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

/s/ Joseph L. Green
JOSEPH L. GREEN, #36331(MO)
Assistant United States Attorney
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200
joseph.green@usdoj.gov